

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print GrantedPublicAccess Logoff TREICHARDT

21SL-CC01138 - JAMES YOUNG V CITY OF ST. JOHN ET AL (E-CASE)

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution

FV File Viewer

Click here to eFile on Case

Click here to Respond to Selected Documents

Sort Date Entries: Descending Ascending

Display Options: All Entries

**05/05/2021** **Entry of Appearance Filed**

ENTRY OF APPEARANCE; Electronic Filing Certificate of Service.

**Filed By:** TIMOTHY JOHN REICHARDT

**On Behalf Of:** CITY OF ST. JOHN, MICHAEL MERTZ DSN#2J149, TIM HEIMANN DSN#2J163

**04/12/2021** **Return Service - Other**

Document ID - 21-SMCC-2256; Served To - CITY OF ST. JOHN; Server - REKIC, MUHAREM; Served Date - 02-APR-21; Served Time - 00:00:00; Service Type - Territory 6; Reason Description - Served; Service Text - LC

**Return Service - Other**

Document ID - 21-SMCC-2263; Served To - MAAS DSN# 2W91, DAVID; Server - REKIC, MUHAREM; Served Date - 02-APR-21; Served Time - 00:00:00; Service Type - Territory 6; Reason Description - Served; Service Text - LC

**Return Service - Other**

Document ID - 21-SMCC-2264; Served To - VONCLOEDT DSN#2R31, RANDY; Server - REKIC, MUHAREM; Served Date - 02-APR-21; Served Time - 00:00:00; Service Type - Territory 6; Reason Description - Served; Service Text - LC

**Return Service - Other**

Document ID - 21-SMCC-2265; Served To - BROWN DSN#6263, TRAVIS; Server - REKIC, MUHAREM; Served Date - 02-APR-21; Served Time - 00:00:00; Service Type - Territory 6; Reason Description - Served; Service Text - LC

**Return Service - Other**

Document ID - 21-SMCC-2270; Served To - MITCHELL DSN#2J186, POLICE OFFICER; Server - REKIC, MUHAREM; Served Date - 02-APR-21; Served Time - 00:00:00; Service Type - Territory 6; Reason Description - Served; Service Text - LC

**Return Service - Other**

Document ID - 21-SMCC-2271; Served To - HEIMANN DSN#2J163, TIM; Server - REKIC, MUHAREM; Served Date - 02-APR-21; Served Time - 00:00:00; Service Type - Territory 6; Reason Description - Served; Service Text - LC

**Return Service - Other**

Document ID - 21-SMCC-2267; Served To - ST. JOHN POLICE OFFICER DSN# 2J204, JOHN DOE; Server - REKIC, MUHAREM; Served Date - 02-APR-21; Served Time - 00:00:00; Service Type - Territory 6; Reason Description - Served; Service Text - LC

**Return Service - Other**

Document ID - 21-SMCC-2260; Served To - ST. JOHN POLICE OFFICER DSN#2J184, JOHN DOE 2; Server - REKIC, MUHAREM; Served Date - 02-APR-21; Served Time - 00:00:00; Service Type - Territory 6; Reason Description - Served; Service Text - LC

**Return Service - Other**

Document ID - 21-SMCC-2269; Served To - YATES DSN#2J149, POLICE OFFICER; Server - REKIC, MUHAREM; Served Date - 02-APR-21; Served Time - 00:00:00; Service Type - Territory 6; Reason

Description - Served; Service Text - LC

**Return Service - Other**

Document ID - 21-SMCC-2259; Served To - ST JOHN POLICE OFFICER DSN#2J199, JOHN DOE 1; Server - REKIC, MUHAREM; Served Date - 02-APR-21; Served Time - 00:00:00; Service Type - Territory 6; Reason Description - Served; Service Text - LC

**Return Service - Other**

Document ID - 21-SMCC-2266; Served To - FRICK DSN#2824, ERICA; Server - REKIC, MUHAREM; Served Date - 02-APR-21; Served Time - 00:00:00; Service Type - Territory 6; Reason Description - Served; Service Text - LC

**Return Service - Other**

Document ID - 21-SMCC-2268; Served To - MERTZ DSN#2J149, MICHAEL; Server - REKIC, MUHAREM; Served Date - 02-APR-21; Served Time - 00:00:00; Service Type - Territory 6; Reason Description - Served; Service Text - LC

**Return Service - Other**

Document ID - 21-SMCC-2262; Served To - FISCHER DSN# 2J21, BENJAMIN; Server - REKIC, MUHAREM; Served Date - 02-APR-21; Served Time - 00:00:00; Service Type - Territory 6; Reason Description - Served; Service Text - LC

**Return Service - Other**

Document ID - 21-SMCC-2261; Served To - BARTHELMASS DSN# 2J92, MATT; Server - REKIC, MUHAREM; Served Date - 02-APR-21; Served Time - 00:00:00; Service Type - Territory 6; Reason Description - Served; Service Text - LC

**Return Service - Other**

Document ID - 21-SMCC-2257; Served To - MORRIS, JOHN; Server - REKIC, MUHAREM; Served Date - 02-APR-21; Served Time - 00:00:00; Service Type - Territory 6; Reason Description - Served; Service Text - LC

**Return Service - Other**

Document ID - 21-SMCC-2258; Served To - RACKERS, CHAD; Server - REKIC, MUHAREM; Served Date - 02-APR-21; Served Time - 00:00:00; Service Type - Territory 6; Reason Description - Served; Service Text - LC

**03/16/2021** **Summons Issued-Circuit**

Document ID: 21-SMCC-2271, for HEIMANN DSN#2J163, TIM.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. Note* You must not forward summons to the St. Louis County Sheriff/Process Server before issue date on summons. Failure to follow these instructions may result in your summons being returned.

**Summons Issued-Circuit**

Document ID: 21-SMCC-2270, for MITCHELL DSN#2J186, POLICE OFFICER.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. Note* You must not forward summons to the St. Louis County Sheriff/Process Server before issue date on summons. Failure to follow these instructions may result in your summons being returned.

**Summons Issued-Circuit**

Document ID: 21-SMCC-2269, for YATES DSN#2J149, POLICE OFFICER.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. Note* You must not forward summons to the St. Louis County Sheriff/Process Server before issue date on summons. Failure to follow these instructions may result in your summons being returned.

**Summons Issued-Circuit**

Document ID: 21-SMCC-2268, for MERTZ DSN#2J149, MICHAEL.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. Note* You must not forward summons to the St. Louis County Sheriff/Process Server before issue date on summons. Failure to follow these instructions may result in your summons being returned.

**Summons Issued-Circuit**

Document ID: 21-SMCC-2267, for ST. JOHN POLICE OFFICER DSN# 2J204, JOHN DOE.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. Note*

You must not forward summons to the St. Louis County Sheriff/Process Server before issue date on summons. Failure to follow these instructions may result in your summons being returned.

- [ ] **Summons Issued-Circuit**

Document ID: 21-SMCC-2266, for FRICK DSN#2824, ERICA.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. Note* You must not forward summons to the St. Louis County Sheriff/Process Server before issue date on summons. Failure to follow these instructions may result in your summons being returned.

- [ ] **Summons Issued-Circuit**

Document ID: 21-SMCC-2265, for BROWN DSN#6263, TRAVIS.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. Note* You must not forward summons to the St. Louis County Sheriff/Process Server before issue date on summons. Failure to follow these instructions may result in your summons being returned.

- [ ] **Summons Issued-Circuit**

Document ID: 21-SMCC-2264, for VONCLOEDT DSN#2R31, RANDY.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. Note* You must not forward summons to the St. Louis County Sheriff/Process Server before issue date on summons. Failure to follow these instructions may result in your summons being returned.

- [ ] **Summons Issued-Circuit**

Document ID: 21-SMCC-2263, for MAAS DSN# 2W91, DAVID.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. Note* You must not forward summons to the St. Louis County Sheriff/Process Server before issue date on summons. Failure to follow these instructions may result in your summons being returned.

- [ ] **Summons Issued-Circuit**

Document ID: 21-SMCC-2262, for FISCHER DSN# 2J21, BENJAMIN.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. Note* You must not forward summons to the St. Louis County Sheriff/Process Server before issue date on summons. Failure to follow these instructions may result in your summons being returned.

- [ ] **Summons Issued-Circuit**

Document ID: 21-SMCC-2261, for BARTHELMASS DSN# 2J92, MATT.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. Note* You must not forward summons to the St. Louis County Sheriff/Process Server before issue date on summons. Failure to follow these instructions may result in your summons being returned.

- [ ] **Summons Issued-Circuit**

Document ID: 21-SMCC-2260, for ST. JOHN POLICE OFFICER DSN#2J184, JOHN DOE 2.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. Note* You must not forward summons to the St. Louis County Sheriff/Process Server before issue date on summons. Failure to follow these instructions may result in your summons being returned.

- [ ] **Summons Issued-Circuit**

Document ID: 21-SMCC-2259, for ST JOHN POLICE OFFICER DSN#2J199, JOHN DOE 1.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. Note* You must not forward summons to the St. Louis County Sheriff/Process Server before issue date on summons. Failure to follow these instructions may result in your summons being returned.

- [ ] **Summons Issued-Circuit**

Document ID: 21-SMCC-2258, for RACKERS, CHAD.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. Note* You must not forward summons to the St. Louis County Sheriff/Process Server before issue date on summons. Failure to follow these instructions may result in your summons being returned.

- [ ] **Summons Issued-Circuit**

Document ID: 21-SMCC-2257, for MORRIS, JOHN.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. Note* You must not forward summons to the St. Louis County Sheriff/Process Server before issue date on summons. Failure to follow these instructions may result in your summons being returned.

- [ ] **Summons Issued-Circuit**

Document ID: 21-SMCC-2256, for CITY OF ST. JOHN.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. Note* You must not forward summons to the

St. Louis County Sheriff/Process Server before issue date on summons. Failure to follow these instructions may result in your summons being returned.

**03/11/2021**

**Filing Info Sheet eFiling**

**Filed By:** JAMES D. O'LEARY

**Pet Filed in Circuit Ct**

Petition.

**Filed By:** JAMES D. O'LEARY

**On Behalf Of:** JAMES YOUNG

**Judge Assigned**

DIV 18

Case.net Version 5.14.17.6 Return to Top of Page Released 04/13/2021

Electronically Filed - St Louis County - May 05, 2021 - 02:33 PM

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**STATE OF MISSOURI**

JAMES YOUNG,

Plaintiff,

vs.

CITY OF ST. JOHN, et al.

Defendants.

Case No. 21SL-CC01138

Div. 18

**Jury Trial Demanded**

**ENTRY OF APPEARANCE**

COMES NOW Timothy J. Reichardt of Reichardt Torbitzky LLC and hereby enters his appearance for Defendants City of St. John, Sgt. Tim Heimann, and Officer Michael Mertz in this matter. Undersigned further states that Defendant Officer Michael Mertz was not previously served. By way of this entry, service of the Summons and Petition is hereby accepted for and on behalf of Defendant Officer Michael Mertz.

Respectfully submitted,

REICHARDT TORBITZKY LLC

By: *_/s/ Timothy J. Reichardt_*
Timothy J. Reichardt, #57684MO
12444 Powerscourt Dr. Ste. 370
St. Louis, MO 63131
Telephone No.: 314-249-0818
Fax No.: 314-754-9795
tjr@rtlawstl.com
*Attorney for Defendants*

Electronically Filed - St Louis County - May 05, 2021 - 02:33 PM

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of May, 2021, I electronically filed the foregoing with the Clerk of the Court using the Missouri Courts electronic filing system, which sent notification of such filing to all counsel of record. I further certify that I signed, or caused my electronic signature to be placed upon, the original of the foregoing document.

*/s/ Timothy J. Reichardt*

Electronically Filed - St Louis County - May 05, 2021 - 02:33 PM

Based on the Supreme Court Rules governing eFiling, an eService email has been issued to the following parties:

SERVICE PARTY: JAMES D. O'LEARY, Attorney for Plaintiff
SERVICE EMAIL: oleary@osclaw.com

Return

LT Highman
SB 4/15

IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

4/2
1247

| Judge or Division: ELLEN HANNIGAN RIBAUDO | Case Number: 21SL-CC01138 |
|---|---|
| Plaintiff/Petitioner: JAMES YOUNG | Plaintiff's/Petitioner's Attorney/Address JAMES D. O'LEARY 1034 SOUTH BRENTWOOD BLVD PENTHOUSE 1A 23RD FLOOR ST LOUIS, MO 63117 |
| vs. | |
| Defendant/Respondent: CITY OF ST. JOHN | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

SHERIFF FEE PAID

(Date File Stamp)

# Summons in Civil Case

**The State of Missouri to: CHAD RACKERS**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

06 REKIM
VW

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

**Clerk**

**Further Information:**
**MT**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______ (name) ______ (title).

☒ other Left Copy with LT Highman

Served at 8944 St. Charles Rock RD (address)

in St. Louis (County/City of St. Louis), MO, on 4/2/2021 (date) at 1245 (time).

Muhamed Rekic
Printed Name of Sheriff or Server

Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______ (date).

My commission expires: ______
Date

Notary Public

MAR 25 2021

2021 MAR 24 PM 1:13
ST. LOUIS COUNTY SHERIFF'S OFFICE
RECEIVED

3/26

Return

SB 4/15

IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division: ELLEN HANNIGAN RIBAUDO | Case Number: 21SL-CC01138 |
|---|---|
| Plaintiff/Petitioner: JAMES YOUNG vs. | Plaintiff's/Petitioner's Attorney/Address JAMES D. O'LEARY 1034 SOUTH BRENTWOOD BLVD PENTHOUSE 1A 23RD FLOOR ST LOUIS, MO 63117 |
| Defendant/Respondent: CITY OF ST. JOHN | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

SHERIFF FEE PAID

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: JOHN MORRIS**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

06 PEKIM
VW

*COURT SEAL OF*





*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

Clerk

**Further Information:**
**MT**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______ (name) ______ (title).

☒ other Left Copy with LT Highman

Served at 8944 St. Charles Rock RD (address)

in St. Louis (County/City of St. Louis), MO, on 4/2/2021 (date) at 1247 (time).

Muhamed Pekic
Printed Name of Sheriff or Server

Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

(Seal)

Subscribed and sworn to before me on ______ (date).

My commission expires: ______
Date

Notary Public

MAR 25 2021

2021 MAR 24 PM 1:13
ST. LOUIS COUNTY SHERIFF'S OFFICE
RECEIVED

3/26

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document ID# 21-SMCC-2257** 1 (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Return

SB 4/15

IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: ELLEN HANNIGAN RIBAUDO | **Case Number: 21SL-CC01138** |
| Plaintiff/Petitioner: JAMES YOUNG vs. | Plaintiff's/Petitioner's Attorney/Address JAMES D. O'LEARY 1034 SOUTH BRENTWOOD BLVD PENTHOUSE 1A 23RD FLOOR ST LOUIS, MO 63117 |
| Defendant/Respondent: CITY OF ST. JOHN | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

SHERIFF FEE PAID

(Date File Stamp)

MAR 25 2021

## Summons in Civil Case

**The State of Missouri to: MATT BARTHELMASS DSN# 2J92**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

06 REKIM
VW

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

Clerk

**Further Information:**
**MT**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ________ (name) ________ (title).

☒ other Left Copy with CT Highmon

Served at 8944 St. Charles Rock RD (address)

in St. Louis (County/City of St. Louis), MO, on 4/2/2021 (date) at 1242 (time).

Mehmu Rekic
Printed Name of Sheriff or Server

Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ________ (date).

My commission expires: ________
Date

Notary Public

2021 MAR 24 PM 1:13
ST. LOUIS COUNTY SHERIFF'S OFFICE
RECEIVED

3/26

OSCA (7-99) SM30 (SMCC) *For Court Use Only*: **Document ID# 21-SMCC-2261** 1 (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Return

SB 4/15



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: ELLEN HANNIGAN RIBAUDO | Case Number: 21SL-CC01138 |
| Plaintiff/Petitioner: JAMES YOUNG | Plaintiff's/Petitioner's Attorney/Address JAMES D. O'LEARY 1034 SOUTH BRENTWOOD BLVD PENTHOUSE 1A 23RD FLOOR ST LOUIS, MO 63117 |
| vs. | |
| Defendant/Respondent: CITY OF ST. JOHN | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

SHERIFF FEE PAID

(Date File Stamp)

MAR 25 2021

## Summons in Civil Case

**The State of Missouri to: BENJAMIN FISCHER DSN# 2J21**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

06 REGIM

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

[signature]
Clerk

**Further Information:**
**MT**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______ (name) ______ (title).

☒ other Left Copy with LT Highman

Served at 8944 St. Charles Rock RD (address)

in St. Louis (County/City of St. Louis), MO, on 4/2/2021 (date) at 1242 (time).

Muharem Retic
Printed Name of Sheriff or Server

[signature]
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______ (date).

My commission expires: ______
Date

______
Notary Public

2021 MAR 24 PM 1:13

RECEIVED

3/26 PD

Return

SB 4/15



IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division: ELLEN HANNIGAN RIBAUDO | Case Number: 21SL-CC01138 |
|---|---|
| Plaintiff/Petitioner: JAMES YOUNG vs. | Plaintiff's/Petitioner's Attorney/Address JAMES D. O'LEARY 1034 SOUTH BRENTWOOD BLVD PENTHOUSE 1A 23RD FLOOR ST LOUIS, MO 63117 |
| Defendant/Respondent: CITY OF ST. JOHN | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

SHERIFF FEE PAID

(Date File Stamp)

MAR 25 2021

## Summons in Civil Case

**The State of Missouri to: TRAVIS BROWN DSN#6263**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

06 REKIM
VW

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

Clerk

**Further Information:**
**MT**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______ (name) ______ (title).

☒ other Left Copy with LT Highman

Served at 8944 St. Charles Rock R (address)

in St. Louis (County/City of St. Louis), MO, on 4/2/2021 (date) at 1242 (time).

Mihom Rekic
Printed Name of Sheriff or Server

Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______ (date).

My commission expires: ______
Date
Notary Public

2021 MAR 24 PM 1:13
ST. LOUIS COUNTY SHERIFF'S OFFICE
RECEIVED

3/26 PB

Return

SB 4/15

IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: ELLEN HANNIGAN RIBAUDO | Case Number: 21SL-CC01138 |
| Plaintiff/Petitioner: JAMES YOUNG vs. | Plaintiff's/Petitioner's Attorney/Address JAMES D. O'LEARY 1034 SOUTH BRENTWOOD BLVD PENTHOUSE 1A 23RD FLOOR ST LOUIS, MO 63117 |
| Defendant/Respondent: CITY OF ST. JOHN | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

SHERIFF FEE PAID

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: RANDY VONCLOEDT DSN#2R31**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

06
REKIM

*COURT SEAL OF*

*ST. LOUIS COUNTY*

WN

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

Clerk

**Further Information:**
**MT**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______ (name) ______ (title).

☒ other Left Copy with LT Highman

Served at 8944 St. Charles Rock Rd (address)

in St. Louis (County/City of St. Louis), MO, on 4/2/2021 (date) at 1243 (time).

Michael Rekic
Printed Name of Sheriff or Server

Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______ (date).

My commission expires: ______ Date ______ Notary Public

MAR 25 2021

2021 MAR 24 PM 1:13
ST LOUIS COUNTY SHERIFF'S OFFICE
RECEIVED

3/26

Return

SB 4/15



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number: 21SL-CC01138 |
|---|---|
| Plaintiff/Petitioner:<br>JAMES YOUNG<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES D. O'LEARY<br>1034 SOUTH BRENTWOOD BLVD<br>PENTHOUSE 1A<br>23RD FLOOR<br>ST LOUIS, MO 63117 |
| Defendant/Respondent:<br>CITY OF ST. JOHN | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

SHERIFF FEE PAID

(Date File Stamp)

MAR 25 2021

## Summons in Civil Case

**The State of Missouri to: DAVID MAAS DSN# 2W91**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

06 PEKIN
NW

*COURT SEAL OF*



*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

Clerk

**Further Information:**
**MT**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________ (name) ______________ (title).

☒ other Left Copy with LT Highman

Served at 8944 St. Charles Rock Rd (address)

in St. Louis (County/City of St. Louis), MO, on 4/2/2021 (date) at 1242 (time).

Mohan Rakic
Printed Name of Sheriff or Server

Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______________ (date).

My commission expires: ______________
Date

Notary Public

2021 MAR 24 PM 1:13
RECEIVED
SHERIFF'S OFFICE

3/26

Return SB 4/15

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: ELLEN HANNIGAN RIBAUDO | Case Number: 21SL-CC01138 |
| Plaintiff/Petitioner: JAMES YOUNG vs. | Plaintiff's/Petitioner's Attorney/Address JAMES D. O'LEARY 1034 SOUTH BRENTWOOD BLVD PENTHOUSE 1A 23RD FLOOR ST LOUIS, MO 63117 |
| Defendant/Respondent: CITY OF ST. JOHN | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

SHERIFF FEE PAID

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: CITY OF ST. JOHN**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

06 REKIM

VW

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

Clerk

**Further Information:**
**MT**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with __________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to __________ (name) __________ (title).

☒ other Left Copy with LT Highman

Served at 8944 St. Charles Rock RD (address)

in St. Louis (County/City of St. Louis), MO, on 4/2/2021 (date) at 1243 (time).

Michael Pelate
Printed Name of Sheriff or Server

Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on __________ (date).

My commission expires: __________
Date

Notary Public

MAR 25 2021

2021 MAR 24 PM 1:13

3/26 FD



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | **Case Number: 21SL-CC01138** | |
| Plaintiff/Petitioner:<br>JAMES YOUNG<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES D. O'LEARY<br>1034 SOUTH BRENTWOOD BLVD<br>PENTHOUSE 1A<br>23RD FLOOR<br>ST LOUIS, MO 63117 | **SHERIFF FEE PAID** |
| Defendant/Respondent:<br>CITY OF ST. JOHN | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: CITY OF ST. JOHN**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

***COURT SEAL OF***



***ST. LOUIS COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

**Clerk**

**Further Information:**
**MT**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________________ (date) at ______________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______________________ (date).

My commission expires: ______________________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $________________ |
| Non Est | $________________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $________________ (______ miles @ $.______ per mile) |
| **Total** | **$________________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) <u>Early Neutral Evaluation ("ENE"):</u>** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**<u>(4) Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**<u>(5) Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**<u>Selecting an Alternative Dispute Resolution Procedure and a Neutral</u>**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# St. Louis County Satellite Court Now Open in St. Ann

## Hours: Mon-Fri 8:30 a.m. to 5:00 p.m. FREE PARKING IN ST. ANN

For the convenience of County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center at the Crossings at Northwest Plaza in St. Ann.

**Attending Court Hearings Remotely Using E-Courts**

If you are scheduled to appear in St. Louis County Circuit Court, you can access the courtrooms remotely using the public computer stations (e-Courts) in St. Ann and the main courthouse in Clayton. These are available for use when courtroom access is restricted due to the pandemic. **Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton e-Court at this time.

**Be sure to bring your paperwork with you. In order to set you up quickly, you will need your case number, as well as the date, time and number of the division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Beginning March 1, 2021, you may file for an Order of Protection at the Adult Abuse Office in the St. Ann satellite court, in addition to the Clayton courthouse. Clerks will be available on-site to provide and file the necessary paperwork. Advocates will be available to assist you with resources and safety planning.

**For more information call: 314-615-8029**





# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division: ELLEN HANNIGAN RIBAUDO | **Case Number: 21SL-CC01138** |
|---|---|
| Plaintiff/Petitioner: JAMES YOUNG vs. | Plaintiff's/Petitioner's Attorney/Address JAMES D. O'LEARY 1034 SOUTH BRENTWOOD BLVD PENTHOUSE 1A 23RD FLOOR ST LOUIS, MO 63117 |
| Defendant/Respondent: CITY OF ST. JOHN | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

**SHERIFF FEE PAID**

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: JOHN MORRIS**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

***COURT SEAL OF***



***ST. LOUIS COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

**Clerk**

**Further Information:**
**MT**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ____________________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

____________________ (name) ____________________ (title).

☐ other ____________________.

Served at ____________________ (address)

in ____________________ (County/City of St. Louis), MO, on ____________________ (date) at ____________________ (time).

____________________ Printed Name of Sheriff or Server

____________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ____________________ (date).

My commission expires: ____________________ Date

____________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $________________ |
| Non Est | $________________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $________________ (______ miles @ $.______ per mile) |
| **Total** | **$________________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# St. Louis County Satellite Court Now Open in St. Ann

**Hours: Mon-Fri 8:30 a.m. to 5:00 p.m. FREE PARKING IN ST. ANN**

For the convenience of County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center at the Crossings at Northwest Plaza in St. Ann.

**Attending Court Hearings Remotely Using E-Courts**

If you are scheduled to appear in St. Louis County Circuit Court, you can access the courtrooms remotely using the public computer stations (e-Courts) in St. Ann and the main courthouse in Clayton. These are available for use when courtroom access is restricted due to the pandemic.

**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton e-Court at this time.

**Be sure to bring your paperwork with you. In order to set you up quickly, you will need your case number, as well as the date, time and number of the division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Beginning March 1, 2021, you may file for an Order of Protection at the Adult Abuse Office in the St. Ann satellite court, in addition to the Clayton courthouse. Clerks will be available on-site to provide and file the necessary paperwork. Advocates will be available to assist you with resources and safety planning.

**For more information call: 314-615-8029**





# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | **Case Number: 21SL-CC01138** |
|---|---|
| Plaintiff/Petitioner:<br>JAMES YOUNG<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES D. O'LEARY<br>1034 SOUTH BRENTWOOD BLVD<br>PENTHOUSE 1A<br>23RD FLOOR<br>ST LOUIS, MO 63117 |
| Defendant/Respondent:<br>CITY OF ST. JOHN | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

SHERIFF FEE PAID

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: CHAD RACKERS**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

***COURT SEAL OF***




***ST. LOUIS COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

**Clerk**

**Further Information:**
**MT**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________ (County/City of St. Louis), MO, on ______________ (date) at ____________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date ______________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $________________ |
| Non Est | $________________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $________________ (______ miles @ $.______ per mile) |
| **Total** | **$________________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the “neutral,” who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator’s decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# St. Louis County Satellite Court Now Open in St. Ann

## Hours: Mon-Fri 8:30 a.m. to 5:00 p.m. FREE PARKING IN ST. ANN

For the convenience of County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center at the Crossings at Northwest Plaza in St. Ann.

**Attending Court Hearings Remotely Using E-Courts**

If you are scheduled to appear in St. Louis County Circuit Court, you can access the courtrooms remotely using the public computer stations (e-Courts) in St. Ann and the main courthouse in Clayton. These are available for use when courtroom access is restricted due to the pandemic.

**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton e-Court at this time.

**Be sure to bring your paperwork with you. In order to set you up quickly, you will need your case number, as well as the date, time and number of the division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Beginning March 1, 2021, you may file for an Order of Protection at the Adult Abuse Office in the St. Ann satellite court, in addition to the Clayton courthouse. Clerks will be available on-site to provide and file the necessary paperwork. Advocates will be available to assist you with resources and safety planning.

**For more information call: 314-615-8029**





# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division: ELLEN HANNIGAN RIBAUDO | Case Number: 21SL-CC01138 |
|---|---|
| Plaintiff/Petitioner: JAMES YOUNG vs. | Plaintiff's/Petitioner's Attorney/Address JAMES D. O'LEARY 1034 SOUTH BRENTWOOD BLVD PENTHOUSE 1A 23RD FLOOR ST LOUIS, MO 63117 |
| Defendant/Respondent: CITY OF ST. JOHN | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

SHERIFF FEE PAID

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 1 ST JOHN POLICE OFFICER DSN#2J199**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

***COURT SEAL OF***



***ST. LOUIS COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

**Clerk**

**Further Information:**
**MT**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________________ (date) at ______________________ (time).

______________________
Printed Name of Sheriff or Server

______________________
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______________________ (date).

My commission expires: ______________________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $________________ |
| Non Est | $________________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $________________ (______ miles @ $.______ per mile) |
| **Total** | **$________________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# St. Louis County Satellite Court Now Open in St. Ann

**Hours: Mon-Fri 8:30 a.m. to 5:00 p.m. FREE PARKING IN ST. ANN**

For the convenience of County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center at the Crossings at Northwest Plaza in St. Ann.

**Attending Court Hearings Remotely Using E-Courts**

If you are scheduled to appear in St. Louis County Circuit Court, you can access the courtrooms remotely using the public computer stations (e-Courts) in St. Ann and the main courthouse in Clayton. These are available for use when courtroom access is restricted due to the pandemic.

**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton e-Court at this time.

**Be sure to bring your paperwork with you. In order to set you up quickly, you will need your case number, as well as the date, time and number of the division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Beginning March 1, 2021, you may file for an Order of Protection at the Adult Abuse Office in the St. Ann satellite court, in addition to the Clayton courthouse. Clerks will be available on-site to provide and file the necessary paperwork. Advocates will be available to assist you with resources and safety planning.

**For more information call: 314-615-8029**



Return

SB 4/15



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: ELLEN HANNIGAN RIBAUDO | Case Number: **21SL-CC01138** |
| Plaintiff/Petitioner: JAMES YOUNG vs. | Plaintiff's/Petitioner's Attorney/Address JAMES D. O'LEARY 1034 SOUTH BRENTWOOD BLVD PENTHOUSE 1A 23RD FLOOR ST LOUIS, MO 63117 |
| Defendant/Respondent: CITY OF ST. JOHN | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

SHERIFF FEE PAID

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 1 ST JOHN POLICE OFFICER DSN#2J199**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

06 PEKIM
VW

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

Clerk

**Further Information:**
**MT**

MAR 25 2021

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______ (name) ______ (title).

☒ other Left Copy with LT Highmen

Served at 8944 St. Charles Rock RD (address)

in St. Louis (County/City of St. Louis), MO, on 4/2/2021 (date) at 1243 (time).

Michael Petiz
Printed Name of Sheriff or Server

Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______ (date).

My commission expires: ______
Date

Notary Public

2021 MAR 24 PM 1:13
ST. LOUIS COUNTY SHERIFF'S OFFICE
RECEIVED

3/26



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | **Case Number: 21SL-CC01138** | |
|---|---|---|
| Plaintiff/Petitioner:<br>JAMES YOUNG<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES D. O'LEARY<br>1034 SOUTH BRENTWOOD BLVD<br>PENTHOUSE 1A<br>23RD FLOOR<br>ST LOUIS, MO 63117 | SHERIFF FEE PAID |
| Defendant/Respondent:<br>CITY OF ST. JOHN<br>Nature of Suit:<br>CC Pers Injury-Other | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 2 ST. JOHN POLICE OFFICER DSN#2J184**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

***COURT SEAL OF***



***ST. LOUIS COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

**Clerk**

**Further Information:**
**MT**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________________ (date) at ______________________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______________________ (date).

My commission expires: ______________________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $________________ |
| Non Est | $________________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $________________ (______ miles @ $.______ per mile) |
| **Total** | **$________________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) <u>Early Neutral Evaluation ("ENE"):</u>** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**<u>(4) Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**<u>(5) Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**<u>Selecting an Alternative Dispute Resolution Procedure and a Neutral</u>**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# St. Louis County Satellite Court Now Open in St. Ann

## Hours: Mon-Fri 8:30 a.m. to 5:00 p.m. FREE PARKING IN ST. ANN

For the convenience of County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center at the Crossings at Northwest Plaza in St. Ann.

**Attending Court Hearings Remotely Using E-Courts**

If you are scheduled to appear in St. Louis County Circuit Court, you can access the courtrooms remotely using the public computer stations (e-Courts) in St. Ann and the main courthouse in Clayton. These are available for use when courtroom access is restricted due to the pandemic. **Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton e-Court at this time.

**Be sure to bring your paperwork with you. In order to set you up quickly, you will need your case number, as well as the date, time and number of the division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Beginning March 1, 2021, you may file for an Order of Protection at the Adult Abuse Office in the St. Ann satellite court, in addition to the Clayton courthouse. Clerks will be available on-site to provide and file the necessary paperwork. Advocates will be available to assist you with resources and safety planning.

**For more information call: 314-615-8029**



Return

SB 4/15



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: ELLEN HANNIGAN RIBAUDO | **Case Number: 21SL-CC01138** |
| Plaintiff/Petitioner: JAMES YOUNG vs. | Plaintiff's/Petitioner's Attorney/Address JAMES D. O'LEARY 1034 SOUTH BRENTWOOD BLVD PENTHOUSE 1A 23RD FLOOR ST LOUIS, MO 63117 |
| Defendant/Respondent: CITY OF ST. JOHN | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

SHERIFF FEE PAID

(Date File Stamp)

MAR 25 2021

## Summons in Civil Case

**The State of Missouri to: JOHN DOE 2 ST. JOHN POLICE OFFICER DSN#2J184**
**Alias:**

**8944 ST. CHARLES ROCK ROAD #100**
**ST. LOUIS, MO 63114**

06 REKIM VW

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

Clerk

**Further Information:**
**MT**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______ (name) ______ (title).

☒ other Left Copy with LT Highman

Served at 8944 St. Charles Rock RD (address)

in St. Louis (County/City of St. Louis), MO, on 4/1/2021 (date) at 1242 (time).

Mihan Rekic
Printed Name of Sheriff or Server

Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______ (date).

*(Seal)*

My commission expires: ______ Date ______ Notary Public

ST. LOUIS COUNTY SHERIFF'S OFFICE 2021 MAR 24 PM 1:13 RECEIVED

3/26



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | **Case Number: 21SL-CC01138** | |
| Plaintiff/Petitioner:<br>JAMES YOUNG<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES D. O'LEARY<br>1034 SOUTH BRENTWOOD BLVD<br>PENTHOUSE 1A<br>23RD FLOOR<br>ST LOUIS, MO 63117 | **SHERIFF FEE PAID** |
| Defendant/Respondent:<br>CITY OF ST. JOHN | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: MATT BARTHELMASS DSN# 2J92**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

***COURT SEAL OF***




***ST. LOUIS COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

[signature]
**Clerk**

**Further Information:**
**MT**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________________ (date) at ______________________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______________________ (date).

My commission expires: ______________________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $________________ |
| Non Est | $________________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $________________ (______ miles @ $.______ per mile) |
| **Total** | **$________________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) <u>Early Neutral Evaluation ("ENE"):</u>** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**<u>(4) Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**<u>(5) Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**<u>Selecting an Alternative Dispute Resolution Procedure and a Neutral</u>**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# St. Louis County Satellite Court Now Open in St. Ann

## Hours: Mon-Fri 8:30 a.m. to 5:00 p.m. FREE PARKING IN ST. ANN

For the convenience of County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center at the Crossings at Northwest Plaza in St. Ann.

**Attending Court Hearings Remotely Using E-Courts**

If you are scheduled to appear in St. Louis County Circuit Court, you can access the courtrooms remotely using the public computer stations (e-Courts) in St. Ann and the main courthouse in Clayton. These are available for use when courtroom access is restricted due to the pandemic. **Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton e-Court at this time.

**Be sure to bring your paperwork with you. In order to set you up quickly, you will need your case number, as well as the date, time and number of the division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Beginning March 1, 2021, you may file for an Order of Protection at the Adult Abuse Office in the St. Ann satellite court, in addition to the Clayton courthouse. Clerks will be available on-site to provide and file the necessary paperwork. Advocates will be available to assist you with resources and safety planning.

**For more information call: 314-615-8029**





# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | **Case Number: 21SL-CC01138** |
| Plaintiff/Petitioner:<br>JAMES YOUNG<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES D. O'LEARY<br>1034 SOUTH BRENTWOOD BLVD<br>PENTHOUSE 1A<br>23RD FLOOR<br>ST LOUIS, MO 63117 |
| Defendant/Respondent:<br>CITY OF ST. JOHN | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

**SHERIFF FEE PAID**

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: BENJAMIN FISCHER DSN# 2J21**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

***COURT SEAL OF***



***ST. LOUIS COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

**Clerk**

**Further Information:**
**MT**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

______________________ (name) ______________________(title).

☐ other ______________________.

Served at ______________________ (address)

in ______________ (County/City of St. Louis), MO, on ______________ (date) at ____________ (time).

Printed Name of Sheriff or Server ______________________ Signature of Sheriff or Server ______________________

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______________________ (date).

My commission expires: ______________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

Summons $_________________

Non Est $_________________

Sheriff's Deputy Salary

Supplemental Surcharge $ 10.00

Mileage $_________________ (______ miles @ $.______ per mile)

**Total $_________________**

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) <u>Early Neutral Evaluation ("ENE"):</u>** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**<u>(4) Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**<u>(5) Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**<u>Selecting an Alternative Dispute Resolution Procedure and a Neutral</u>**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# St. Louis County Satellite Court Now Open in St. Ann

**Hours: Mon-Fri 8:30 a.m. to 5:00 p.m. FREE PARKING IN ST. ANN**

For the convenience of County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center at the Crossings at Northwest Plaza in St. Ann.

**Attending Court Hearings Remotely Using E-Courts**

If you are scheduled to appear in St. Louis County Circuit Court, you can access the courtrooms remotely using the public computer stations (e-Courts) in St. Ann and the main courthouse in Clayton. These are available for use when courtroom access is restricted due to the pandemic.

**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton e-Court at this time.

**Be sure to bring your paperwork with you. In order to set you up quickly, you will need your case number, as well as the date, time and number of the division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Beginning March 1, 2021, you may file for an Order of Protection at the Adult Abuse Office in the St. Ann satellite court, in addition to the Clayton courthouse. Clerks will be available on-site to provide and file the necessary paperwork. Advocates will be available to assist you with resources and safety planning.

**For more information call: 314-615-8029**





# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | **Case Number: 21SL-CC01138** |
|---|---|
| Plaintiff/Petitioner:<br>JAMES YOUNG<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES D. O'LEARY<br>1034 SOUTH BRENTWOOD BLVD<br>PENTHOUSE 1A<br>23RD FLOOR<br>ST LOUIS, MO 63117 |
| Defendant/Respondent:<br>CITY OF ST. JOHN | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

SHERIFF FEE PAID

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: DAVID MAAS DSN# 2W91**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

***COURT SEAL OF***



***ST. LOUIS COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

**Clerk**

**Further Information:**
**MT**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________ (County/City of St. Louis), MO, on ______________ (date) at ____________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______________________ (date).

My commission expires: ______________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_________________ |
| Non Est | $_________________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_________________ (______ miles @ $.______ per mile) |
| **Total** | **$_________________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

# St. Louis County Satellite Court Now Open in St. Ann

**Hours: Mon-Fri 8:30 a.m. to 5:00 p.m. FREE PARKING IN ST. ANN**

For the convenience of County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center at the Crossings at Northwest Plaza in St. Ann.

**Attending Court Hearings Remotely Using E-Courts**

If you are scheduled to appear in St. Louis County Circuit Court, you can access the courtrooms remotely using the public computer stations (e-Courts) in St. Ann and the main courthouse in Clayton. These are available for use when courtroom access is restricted due to the pandemic.

**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton e-Court at this time.

**Be sure to bring your paperwork with you. In order to set you up quickly, you will need your case number, as well as the date, time and number of the division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Beginning March 1, 2021, you may file for an Order of Protection at the Adult Abuse Office in the St. Ann satellite court, in addition to the Clayton courthouse. Clerks will be available on-site to provide and file the necessary paperwork. Advocates will be available to assist you with resources and safety planning.

**For more information call: 314-615-8029**





# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | **Case Number: 21SL-CC01138** | |
| Plaintiff/Petitioner:<br>JAMES YOUNG<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES D. O'LEARY<br>1034 SOUTH BRENTWOOD BLVD<br>PENTHOUSE 1A<br>23RD FLOOR<br>ST LOUIS, MO 63117 | **SHERIFF FEE PAID** |
| Defendant/Respondent:<br>CITY OF ST. JOHN | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: RANDY VONCLOEDT DSN#2R31**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

***COURT SEAL OF***



***ST. LOUIS COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

______________________ **Clerk**

**Further Information:**
**MT**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________________ (date) at ______________________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $________________ |
| Non Est | $________________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $________________ (______ miles @ $.______ per mile) |
| **Total** | **$________________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the “neutral,” who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator’s decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) <u>Early Neutral Evaluation ("ENE"):</u>** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**<u>(4) Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**<u>(5) Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**<u>Selecting an Alternative Dispute Resolution Procedure and a Neutral</u>**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# St. Louis County Satellite Court Now Open in St. Ann

**Hours: Mon-Fri 8:30 a.m. to 5:00 p.m. FREE PARKING IN ST. ANN**

For the convenience of County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center at the Crossings at Northwest Plaza in St. Ann.

**Attending Court Hearings Remotely Using E-Courts**

If you are scheduled to appear in St. Louis County Circuit Court, you can access the courtrooms remotely using the public computer stations (e-Courts) in St. Ann and the main courthouse in Clayton. These are available for use when courtroom access is restricted due to the pandemic. **Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton e-Court at this time.

**Be sure to bring your paperwork with you. In order to set you up quickly, you will need your case number, as well as the date, time and number of the division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Beginning March 1, 2021, you may file for an Order of Protection at the Adult Abuse Office in the St. Ann satellite court, in addition to the Clayton courthouse. Clerks will be available on-site to provide and file the necessary paperwork. Advocates will be available to assist you with resources and safety planning.

**For more information call: 314-615-8029**





# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | **Case Number: 21SL-CC01138** | |
| Plaintiff/Petitioner:<br>JAMES YOUNG<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES D. O'LEARY<br>1034 SOUTH BRENTWOOD BLVD<br>PENTHOUSE 1A<br>23RD FLOOR<br>ST LOUIS, MO 63117 | **SHERIFF FEE PAID** |
| Defendant/Respondent:<br>CITY OF ST. JOHN<br>Nature of Suit:<br>CC Pers Injury-Other | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: TRAVIS BROWN DSN#6263**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

***COURT SEAL OF***




***ST. LOUIS COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

**Clerk**

**Further Information:**
**MT**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

______________________ (name) ______________________(title).

☐ other ______________________.

Served at ______________________ (address)

in ______________ (County/City of St. Louis), MO, on ______________ (date) at ______________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______________________ (date).

My commission expires: ______________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $__________ |
| Non Est | $__________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $__________ (______ miles @ $.______ per mile) |
| **Total** | **$__________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the “neutral,” who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator’s decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# St. Louis County Satellite Court Now Open in St. Ann

## Hours: Mon-Fri 8:30 a.m. to 5:00 p.m. FREE PARKING IN ST. ANN

For the convenience of County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center at the Crossings at Northwest Plaza in St. Ann.

**Attending Court Hearings Remotely Using E-Courts**

If you are scheduled to appear in St. Louis County Circuit Court, you can access the courtrooms remotely using the public computer stations (e-Courts) in St. Ann and the main courthouse in Clayton. These are available for use when courtroom access is restricted due to the pandemic.

**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton e-Court at this time.

**Be sure to bring your paperwork with you. In order to set you up quickly, you will need your case number, as well as the date, time and number of the division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Beginning March 1, 2021, you may file for an Order of Protection at the Adult Abuse Office in the St. Ann satellite court, in addition to the Clayton courthouse. Clerks will be available on-site to provide and file the necessary paperwork. Advocates will be available to assist you with resources and safety planning.

**For more information call: 314-615-8029**





# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division: ELLEN HANNIGAN RIBAUDO | **Case Number: 21SL-CC01138** | |
| Plaintiff/Petitioner: JAMES YOUNG vs. | Plaintiff's/Petitioner's Attorney/Address JAMES D. O'LEARY 1034 SOUTH BRENTWOOD BLVD PENTHOUSE 1A 23RD FLOOR ST LOUIS, MO 63117 | **SHERIFF FEE PAID** |
| Defendant/Respondent: CITY OF ST. JOHN | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 | |
| Nature of Suit: CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: ERICA FRICK DSN#2824**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

***COURT SEAL OF***




***ST. LOUIS COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

**Clerk**

**Further Information:**
**MT**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________ (County/City of St. Louis), MO, on ______________ (date) at ______________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date

______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $________________ |
| Non Est | $________________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $________________ (______ miles @ $.______ per mile) |
| **Total** | **$________________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) <u>Early Neutral Evaluation ("ENE"):</u>** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**<u>(4) Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**<u>(5) Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**<u>Selecting an Alternative Dispute Resolution Procedure and a Neutral</u>**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# St. Louis County Satellite Court Now Open in St. Ann

## Hours: Mon-Fri 8:30 a.m. to 5:00 p.m. FREE PARKING IN ST. ANN

For the convenience of County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center at the Crossings at Northwest Plaza in St. Ann.

**Attending Court Hearings Remotely Using E-Courts**

If you are scheduled to appear in St. Louis County Circuit Court, you can access the courtrooms remotely using the public computer stations (e-Courts) in St. Ann and the main courthouse in Clayton. These are available for use when courtroom access is restricted due to the pandemic.

**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton e-Court at this time.

**Be sure to bring your paperwork with you. In order to set you up quickly, you will need your case number, as well as the date, time and number of the division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Beginning March 1, 2021, you may file for an Order of Protection at the Adult Abuse Office in the St. Ann satellite court, in addition to the Clayton courthouse. Clerks will be available on-site to provide and file the necessary paperwork. Advocates will be available to assist you with resources and safety planning.

**For more information call: 314-615-8029**



Return SB 4/15



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division: ELLEN HANNIGAN RIBAUDO | Case Number: 21SL-CC01138 |
|---|---|
| Plaintiff/Petitioner: JAMES YOUNG vs. | Plaintiff's/Petitioner's Attorney/Address JAMES D. O'LEARY 1034 SOUTH BRENTWOOD BLVD PENTHOUSE 1A 23RD FLOOR ST LOUIS, MO 63117 |
| Defendant/Respondent: CITY OF ST. JOHN | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

SHERIFF FEE PAID

(Date File Stamp)

MAR 25 2021

## Summons in Civil Case

**The State of Missouri to: ERICA FRICK DSN#2824**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

06PREKIM
MW

*COURT SEAL OF*



*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

Clerk

**Further Information:**
**MT**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______ (name) ______ (title).

☒ other Left copy with LT Highman

Served at 8944 St. Charles Rock Rd (address)

in St. Louis (County/City of St. Louis), MO, on 4/2/2021 (date) at 1247 (time).

Mehem Petic
Printed Name of Sheriff or Server

Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)* Subscribed and sworn to before me on ______ (date).

My commission expires: ______ Date ______ Notary Public

2021 MAR 24 PM 1:14
ST. LOUIS COUNTY SHERIFF'S OFFICE
RECEIVED

3/26



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | **Case Number: 21SL-CC01138** | |
| Plaintiff/Petitioner:<br>JAMES YOUNG<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES D. O'LEARY<br>1034 SOUTH BRENTWOOD BLVD<br>PENTHOUSE 1A<br>23RD FLOOR<br>ST LOUIS, MO 63117 | **SHERIFF FEE PAID** |
| Defendant/Respondent:<br>CITY OF ST. JOHN | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: JOHN DOE ST. JOHN POLICE OFFICER DSN# 2J204**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

*COURT SEAL OF*




*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

[signature]
**Clerk**

**Further Information:**
**MT**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________________ (date) at ______________________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______________________ (date).

My commission expires: ______________________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $________________ |
| Non Est | $________________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $________________ (______ miles @ $.______ per mile) |
| **Total** | **$________________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) <u>Early Neutral Evaluation ("ENE"):</u>** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**<u>(4) Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**<u>(5) Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**<u>Selecting an Alternative Dispute Resolution Procedure and a Neutral</u>**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

# St. Louis County Satellite Court Now Open in St. Ann

## Hours: Mon-Fri 8:30 a.m. to 5:00 p.m. FREE PARKING IN ST. ANN

For the convenience of County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center at the Crossings at Northwest Plaza in St. Ann.

**Attending Court Hearings Remotely Using E-Courts**

If you are scheduled to appear in St. Louis County Circuit Court, you can access the courtrooms remotely using the public computer stations (e-Courts) in St. Ann and the main courthouse in Clayton. These are available for use when courtroom access is restricted due to the pandemic. **Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton e-Court at this time.

**Be sure to bring your paperwork with you. In order to set you up quickly, you will need your case number, as well as the date, time and number of the division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Beginning March 1, 2021, you may file for an Order of Protection at the Adult Abuse Office in the St. Ann satellite court, in addition to the Clayton courthouse. Clerks will be available on-site to provide and file the necessary paperwork. Advocates will be available to assist you with resources and safety planning.

**For more information call: 314-615-8029**



Return SB 4/15



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division: ELLEN HANNIGAN RIBAUDO | Case Number: 21SL-CC01138 |
|---|---|
| Plaintiff/Petitioner: JAMES YOUNG vs. | Plaintiff's/Petitioner's Attorney/Address JAMES D. O'LEARY 1034 SOUTH BRENTWOOD BLVD PENTHOUSE 1A 23RD FLOOR ST LOUIS, MO 63117 |
| Defendant/Respondent: CITY OF ST. JOHN | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

SHERIFF FEE PAID

(Date File Stamp)

MAR 25 2021

## Summons in Civil Case

**The State of Missouri to: JOHN DOE ST. JOHN POLICE OFFICER DSN# 2J204**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

OLOPEKIM
VW

*COURT SEAL OF*



*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

[signature]
Clerk

**Further Information:**
**MT**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________ (name) ______________ (title).

☒ other Left Copy with LT Highman

Served at 8944 St. Charles Rock RD (address)

in St. Louis (County/City of St. Louis), MO, on 4/2/2021 (date) at 1247 (time).

Muhamed Rekic
Printed Name of Sheriff or Server

[signature]
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______________ (date).

My commission expires: ______________ Date ______________ Notary Public

2021 MAR 24 PM 1:47 ST. LOUIS COUNTY SHERIFF'S OFFICE RECEIVED

3/26



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | **Case Number: 21SL-CC01138** |
|---|---|
| Plaintiff/Petitioner:<br>JAMES YOUNG<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES D. O'LEARY<br>1034 SOUTH BRENTWOOD BLVD<br>PENTHOUSE 1A<br>23RD FLOOR<br>ST LOUIS, MO 63117 |
| Defendant/Respondent:<br>CITY OF ST. JOHN | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

**SHERIFF FEE PAID**

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: MICHAEL MERTZ DSN#2J149**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

***COURT SEAL OF***



***ST. LOUIS COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

**Clerk**

**Further Information:**
**MT**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________________ (date) at ______________________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $________________ |
| Non Est | $________________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $________________ (______ miles @ $.______ per mile) |
| **Total** | **$________________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) <u>Early Neutral Evaluation ("ENE"):</u>** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**<u>(4) Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**<u>(5) Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**<u>Selecting an Alternative Dispute Resolution Procedure and a Neutral</u>**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# St. Louis County Satellite Court Now Open in St. Ann

**Hours: Mon-Fri 8:30 a.m. to 5:00 p.m. FREE PARKING IN ST. ANN**

For the convenience of County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center at the Crossings at Northwest Plaza in St. Ann.

**Attending Court Hearings Remotely Using E-Courts**

If you are scheduled to appear in St. Louis County Circuit Court, you can access the courtrooms remotely using the public computer stations (e-Courts) in St. Ann and the main courthouse in Clayton. These are available for use when courtroom access is restricted due to the pandemic.

**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton e-Court at this time.

**Be sure to bring your paperwork with you. In order to set you up quickly, you will need your case number, as well as the date, time and number of the division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Beginning March 1, 2021, you may file for an Order of Protection at the Adult Abuse Office in the St. Ann satellite court, in addition to the Clayton courthouse. Clerks will be available on-site to provide and file the necessary paperwork. Advocates will be available to assist you with resources and safety planning.

**For more information call: 314-615-8029**



Return SB 4/15

IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: ELLEN HANNIGAN RIBAUDO | Case Number: 21SL-CC01138 |
| Plaintiff/Petitioner: JAMES YOUNG | Plaintiff's/Petitioner's Attorney/Address JAMES D. O'LEARY 1034 SOUTH BRENTWOOD BLVD PENTHOUSE 1A 23RD FLOOR ST LOUIS, MO 63117 |
| vs. Defendant/Respondent: CITY OF ST. JOHN | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

SHERIFF FEE PAID

(Date File Stamp)

MAR 25 2021

# Summons in Civil Case

**The State of Missouri to: MICHAEL MERTZ DSN#2J149**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

06 RET-JM VW

*COURT SEAL OF*
*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

Clerk

**Further Information:**
**MT**

## Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______ (name) ______ (title).

☒ other Left Copy with LT Highman

Served at 8944 St. Charles Rock RD (address)

in St. Louis (County/City of St. Louis), MO, on 4/2/2021 (date) at 1247 (time).

Michael Rekic
Printed Name of Sheriff or Server

Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

(Seal)

Subscribed and sworn to before me on ______ (date).

My commission expires: ______
Date
Notary Public

ST. LOUIS COUNTY SHERIFF'S OFFICE
2021 MAR 24 PM 1:14
RECEIVED

3/26



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | **Case Number: 21SL-CC01138** | |
| Plaintiff/Petitioner:<br>JAMES YOUNG<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES D. O'LEARY<br>1034 SOUTH BRENTWOOD BLVD<br>PENTHOUSE 1A<br>23RD FLOOR<br>ST LOUIS, MO 63117 | **SHERIFF FEE PAID** |
| Defendant/Respondent:<br>CITY OF ST. JOHN<br>Nature of Suit:<br>CC Pers Injury-Other | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: POLICE OFFICER YATES DSN#2J149**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

***COURT SEAL OF***



***ST. LOUIS COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

[signature]
**Clerk**

**Further Information:**
**MT**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ________________________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

________________________ (name) ________________________ (title).

☐ other ________________________________________.

Served at ________________________________________ (address)

in __________________ (County/City of St. Louis), MO, on ______________ (date) at __________ (time).

________________________ Printed Name of Sheriff or Server

________________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ________________________ (date).

My commission expires: ________________ Date ________________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_________________ |
| Non Est | $_________________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_________________ (______ miles @ $.______ per mile) |
| **Total** | **$_________________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) <u>Early Neutral Evaluation ("ENE"):</u>** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**<u>(4) Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**<u>(5) Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**<u>Selecting an Alternative Dispute Resolution Procedure and a Neutral</u>**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# St. Louis County Satellite Court Now Open in St. Ann

## Hours: Mon-Fri 8:30 a.m. to 5:00 p.m. FREE PARKING IN ST. ANN

For the convenience of County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center at the Crossings at Northwest Plaza in St. Ann.

**Attending Court Hearings Remotely Using E-Courts**

If you are scheduled to appear in St. Louis County Circuit Court, you can access the courtrooms remotely using the public computer stations (e-Courts) in St. Ann and the main courthouse in Clayton. These are available for use when courtroom access is restricted due to the pandemic. **Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton e-Court at this time.

**Be sure to bring your paperwork with you. In order to set you up quickly, you will need your case number, as well as the date, time and number of the division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Beginning March 1, 2021, you may file for an Order of Protection at the Adult Abuse Office in the St. Ann satellite court, in addition to the Clayton courthouse. Clerks will be available on-site to provide and file the necessary paperwork. Advocates will be available to assist you with resources and safety planning.

**For more information call: 314-615-8029**



Return SB 4/15



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: ELLEN HANNIGAN RIBAUDO | **Case Number: 21SL-CC01138** |
| Plaintiff/Petitioner: JAMES YOUNG vs. | Plaintiff's/Petitioner's Attorney/Address JAMES D. O'LEARY 1034 SOUTH BRENTWOOD BLVD PENTHOUSE 1A 23RD FLOOR ST LOUIS, MO 63117 |
| Defendant/Respondent: CITY OF ST. JOHN | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

SHERIFF FEE PAID

(Date File Stamp)

MAR 25 2021

## Summons in Civil Case

**The State of Missouri to: POLICE OFFICER YATES DSN#2J149**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

06 REKIM
WN

*COURT SEAL OF*



*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

Clerk

**Further Information:**
**MT**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ________ (name) ________ (title).

☒ other Left Copy With LT Highman

Served at 8944 St. Charles Rock RD (address)

in St. Louis (County/City of St. Louis), MO, on 4/1/2021 (date) at 1247 (time).

Mehmn Rekic
Printed Name of Sheriff or Server

Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

(Seal) Subscribed and sworn to before me on ________ (date).

My commission expires: ________
Date

Notary Public

RECEIVED 2021 MAR 24 PM 1:14 ST. LOUIS COUNTY SHERIFF'S OFFICE

3/26



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | **Case Number: 21SL-CC01138** |
|---|---|
| Plaintiff/Petitioner:<br>JAMES YOUNG<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES D. O'LEARY<br>1034 SOUTH BRENTWOOD BLVD<br>PENTHOUSE 1A<br>23RD FLOOR<br>ST LOUIS, MO 63117 |
| Defendant/Respondent:<br>CITY OF ST. JOHN | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

**SHERIFF FEE PAID**

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: POLICE OFFICER MITCHELL DSN#2J186**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

***COURT SEAL OF***



***ST. LOUIS COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

**Clerk**

**Further Information:**
**MT**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________________ (date) at ______________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______________________ (date).

My commission expires: ______________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $__________________ |
| Non Est | $__________________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $__________________ (______ miles @ $.______ per mile) |
| **Total** | **$__________________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# St. Louis County Satellite Court Now Open in St. Ann

## Hours: Mon-Fri 8:30 a.m. to 5:00 p.m. FREE PARKING IN ST. ANN

For the convenience of County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center at the Crossings at Northwest Plaza in St. Ann.

**Attending Court Hearings Remotely Using E-Courts**

If you are scheduled to appear in St. Louis County Circuit Court, you can access the courtrooms remotely using the public computer stations (e-Courts) in St. Ann and the main courthouse in Clayton. These are available for use when courtroom access is restricted due to the pandemic.

**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton e-Court at this time.

**Be sure to bring your paperwork with you. In order to set you up quickly, you will need your case number, as well as the date, time and number of the division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Beginning March 1, 2021, you may file for an Order of Protection at the Adult Abuse Office in the St. Ann satellite court, in addition to the Clayton courthouse. Clerks will be available on-site to provide and file the necessary paperwork. Advocates will be available to assist you with resources and safety planning.

**For more information call: 314-615-8029**



Return 5B 4/15



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: ELLEN HANNIGAN RIBAUDO | Case Number: 21SL-CC01138 |
| Plaintiff/Petitioner: JAMES YOUNG vs. | Plaintiff's/Petitioner's Attorney/Address JAMES D. O'LEARY 1034 SOUTH BRENTWOOD BLVD PENTHOUSE 1A 23RD FLOOR ST LOUIS, MO 63117 |
| Defendant/Respondent: CITY OF ST. JOHN | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

SHERIFF FEE PAID

(Date File Stamp)

MAR 25 2021

## Summons in Civil Case

**The State of Missouri to: POLICE OFFICER MITCHELL DSN#2J186**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

06 REKIM
MV

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

Clerk

**Further Information:**
**MT**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______ (name) ______ (title).

☒ other Left Copy with CT Highman

Served at 8944 St. Charles Rock RD (address)

in St. Louis (County/City of St. Louis), MO, on 4/2/2021 (date) at 1247 (time).

Mihan Rekic
Printed Name of Sheriff or Server

Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)* Subscribed and sworn to before me on ______ (date).

My commission expires: ______ Date ______ Notary Public

2021 MAR 24 PM 1:14 ST. LOUIS COUNTY SHERIFF'S OFFICE RECEIVED

3/26



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | **Case Number: 21SL-CC01138** |
|---|---|
| Plaintiff/Petitioner:<br>JAMES YOUNG<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES D. O'LEARY<br>1034 SOUTH BRENTWOOD BLVD<br>PENTHOUSE 1A<br>23RD FLOOR<br>ST LOUIS, MO 63117 |
| Defendant/Respondent:<br>CITY OF ST. JOHN | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

SHERIFF FEE PAID

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: TIM HEIMANN DSN#2J163**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

***COURT SEAL OF***




***ST. LOUIS COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

**Clerk**

**Further Information:**
**MT**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ____________________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

____________________ (name) ____________________ (title).

☐ other ____________________.

Served at ____________________ (address)

in ____________________ (County/City of St. Louis), MO, on ____________________ (date) at ____________________ (time).

____________________ Printed Name of Sheriff or Server

____________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ____________________ (date).

My commission expires: ____________________ Date

____________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_________________ |
| Non Est | $_________________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_________________ (______ miles @ $.______ per mile) |
| **Total** | **$_________________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) <u>Early Neutral Evaluation ("ENE"):</u>** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**<u>(4) Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**<u>(5) Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**<u>Selecting an Alternative Dispute Resolution Procedure and a Neutral</u>**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# St. Louis County Satellite Court Now Open in St. Ann

## Hours: Mon-Fri 8:30 a.m. to 5:00 p.m. FREE PARKING IN ST. ANN

For the convenience of County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center at the Crossings at Northwest Plaza in St. Ann.

**Attending Court Hearings Remotely Using E-Courts**

If you are scheduled to appear in St. Louis County Circuit Court, you can access the courtrooms remotely using the public computer stations (e-Courts) in St. Ann and the main courthouse in Clayton. These are available for use when courtroom access is restricted due to the pandemic.

**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton e-Court at this time.

**Be sure to bring your paperwork with you. In order to set you up quickly, you will need your case number, as well as the date, time and number of the division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Beginning March 1, 2021, you may file for an Order of Protection at the Adult Abuse Office in the St. Ann satellite court, in addition to the Clayton courthouse. Clerks will be available on-site to provide and file the necessary paperwork. Advocates will be available to assist you with resources and safety planning.

**For more information call: 314-615-8029**



Return

3B 4/15



IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: ELLEN HANNIGAN RIBAUDO | Case Number: 21SL-CC01138 |
| Plaintiff/Petitioner: JAMES YOUNG | Plaintiff's/Petitioner's Attorney/Address JAMES D. O'LEARY 1034 SOUTH BRENTWOOD BLVD PENTHOUSE 1A 23RD FLOOR ST LOUIS, MO 63117 |
| vs. | |
| Defendant/Respondent: CITY OF ST. JOHN | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Pers Injury-Other | |

SHERIFF FEE PAID

(Date File Stamp)

MAR 25 2021

## Summons in Civil Case

**The State of Missouri to: TIM HEIMANN DSN#2J163**
**Alias:**

**8944 ST. CHARLES ROCK ROAD**
**#100**
**ST. LOUIS, MO 63114**

06REKIM
W

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**16-MAR-2021**
**Date**

Clerk

**Further Information:**
**MT**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______ (name) ______ (title).

☒ other Left Copy with LT Highman

Served at 8944 St. Charles Rock RD (address)

in St. Louis (County/City of St. Louis), MO, on 4/2/2021 (date) at 1247 (time).

Muhon Retic
Printed Name of Sheriff or Server

Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

(Seal)

Subscribed and sworn to before me on ______ (date).

My commission expires: ______
Date

Notary Public

2021 MAR 24 PM 1:14
SHERIFFS OFFICE ST LOUIS COUNTY
RECEIVED

3/26

Case: 4:21-cv-00566-SPM Doc. #: 1-3 Filed: 05/14/21 Page: 104 of 118 PageID #: 111

21SL-CC01138

Electronically Filed - St Louis County - March 11, 2021 - 06:07 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

JAMES YOUNG,

Plaintiff,

v.

CITY OF ST. JOHN, a Municipal Corporation,

Serve: Mayor Tom Halaska
8944 St. Charles Rock Road, #100
St. Louis, MO 63114

and

JOHN MORRIS, in his official and individual duties,

Serve: 8944 St. Charles Rock Road, #100
St. Louis, MO 63114

and

CHAD RACKERS, DSN# 169
in his official and individual duties

Serve: 8944 St. Charles Rock Road, #100
St. Louis, MO 63114

and

ST. JOHN POLICE OFFICER, JOHN DOE, DSN# 2J199, in his official and individual duties,

Serve: 8944 St. Charles Rock Road, #100
St. Louis, MO 63114

and

Cause No:

Division No:

**JURY TRIAL DEMANDED**

Electronically Filed - St Louis County - March 11, 2021 - 06:07 PM

ST. JOHN POLICE OFFICER JOHN DOE, )
2, DSN# 2J184, in his official and )
individual duties, )
)
Serve: 8944 St. Charles Rock Road, #100 )
St. Louis, MO 63114 )
)
and )
)
POLICE OFFICER MATT )
BARTHELMASS, DSN# 2J92, in his )
official and individual duties, )
)
Serve: 8944 St. Charles Rock Road, #100 )
St. Louis, MO 63114 )
)
and )
)
POLICE OFFICER )
BENJAMIN FISCHER )
DSN# 2J21, in his official and )
individual duties, )
)
Serve: 8944 St. Charles Rock Road, #100 )
St. Louis, MO 63114 )
)
and )
)
POLICE OFFICER DAVID MAAS, )
DSN#2W91, in his official and )
individual duties, )
)
Serve: 8944 St. Charles Rock Road, #100 )
St. Louis, MO 63114 )
)
and )
)
POLICE OFFICER )
RANDY VONCLOEDT, )
DSN#2R31, in his official and )
individual duties, )
)
Serve: 8944 St. Charles Rock Road, #100 )
St. Louis, MO 63114 )
)

Electronically Filed - St Louis County - March 11, 2021 - 06:07 PM

and )
)
POLICE OFFICER TRAVIS BROWN, )
DSN#6263, in his official and )
individual duties, )
)
Serve: 8944 St. Charles Rock Road, #100 )
St. Louis, MO 63114 )
)
and )
)
POLICE OFFICER ERICA FRICK )
DSN#2824, in her official and )
individual duties, )
)
Serve: 8944 St. Charles Rock Road #100 )
St. Louis, MO 63144 )
)
and )
)
ST. JOHN POLICE OFFICER JOHN DOE, )
DSN# 2J204, in his official and )
individual duties, )
)
Serve: 8944 St. Charles Rock Road, #100 )
St. Louis, MO 63114 )
)
and )
)
ST. JOHN POLICE OFFICER )
MICHAEL MERTZ, DSN# 2J149, )
in his official and individual duties, )
)
Serve: 8944 St. Charles Rock Road, #100 )
St. Louis, MO 63114 )
)
and )
)
ST. JOHN POLICE OFFICER YATES, )
DSN# 2J149, in his official and )
individual duties, )
)
Serve: 8944 St. Charles Rock Road, #100 )
St. Louis, MO 63114 )
)
and )

Electronically Filed - St Louis County - March 11, 2021 - 06:07 PM

ST. JOHN POLICE OFFICER
N. MITCHELL, DSN# 2J186,
in his official and individual duties,

Serve: 8944 St. Charles Rock Road, #100
St. Louis, MO 63114

and

ST. JOHN POLICE OFFICER
LT. TIM HEIMANN, DSN# 2J163,
in his official and individual duties,

Serve: 8944 St. Charles Rock Road, #100
St. Louis, MO 63114

Defendants.

**PETITION**

COMES NOW Plaintiff, by and through his undersigned attorneys, and for his Petition against Defendants, states as follows:

1. At all times relevant, Plaintiff James Young (hereinafter "Plaintiff") was a resident of the City of St. John, State of Missouri.

2. At all times relevant, Defendant the City of St. John, Missouri (hereinafter "City"), is a municipal corporation organized and existing under the laws of the State of Missouri. The City of St. John operates the St. John Police Department (hereinafter "Department").

3. At all times relevant, Defendant John Morris (hereinafter "Morris") was at all times relevant a City police officer and Chief of Police. Upon information and belief, he is a resident of the State of Missouri. He is sued in both his individual and official capacities.

4. At all times relevant, Defendant Chad Rackers (hereinafter "Rackers") was at all times relevant a City police officer and Captain. Upon information and belief, he is a resident of the State of Missouri. He is sued in both his individual and official capacities.

Electronically Filed - St Louis County - March 11, 2021 - 06:07 PM

5. At all times relevant, Defendant Police Officer Doe, DSN 2J199, (hereinafter, DOE 2J199) was a City police officer. Upon information and belief, he is a resident of the State of Missouri. He is sued in both his individual and official capacities for his conduct at Plaintiff's home on March 11, 2016 in which he participated in the beating and tasing of Plaintiff, or failed to prevent it in front of Plaintiff's six year old son while Plaintiff was suffering from a medical emergency.

6. At all times relevant, Defendant Police Officer Doe, DSN 2J184, (hereinafter, DOE 2J184) was a City police officer. Upon information and belief, he is a resident of the State of Missouri. He is sued in both his individual and official capacities capacities for his conduct at Plaintiff's home on March 11, 2016 in which he participated in the beating and tasing of Plaintiff, or failed to prevent it in front of Plaintiff's six year old son while Plaintiff was suffering from a medical emergency.

7. At all times relevant, Defendant Police Officer Matt Barthelmass, DSN# 2J92 (hereinafter, Barthelmass), was a City police officer. Upon information and belief, he is a resident of the State of Missouri. He is sued in both his individual and official capacities capacities for his conduct at Plaintiff's home on March 11, 2016 in which he participated in the beating and tasing of Plaintiff, or failed to prevent it in front of Plaintiff's six year old son while Plaintiff was suffering from a medical emergency.

8. At all times relevant, Defendant Police Officer Benjamin Fischer DSN# 2J21 (hereinafter, Fischer), was a City police officer. Upon information and belief, he is a resident of the State of Missouri. He is sued in both his individual and official capacities capacities for his conduct at Plaintiff's home on March 11, 2016 in which he participated in the beating and tasing

Electronically Filed - St Louis County - March 11, 2021 - 06:07 PM

of Plaintiff, or failed to prevent it in front of Plaintiff's six year old son while Plaintiff was suffering from a medical emergency.

9. At all times relevant, Defendant Police Officer David Maas, DSN#2W91, (hereinafter, Maas) was a police officer. Upon information and belief, he is a resident of the State of Missouri. He is sued in both his individual and official capacities capacities for his conduct at Plaintiff's home on March 11, 2016 in which he participated in the beating and tasing of Plaintiff, or failed to prevent it in front of Plaintiff's six year old son while Plaintiff was suffering from a medical emergency.

10. At all times relevant, Defendant Police Officer Randy Voncloedt, DSN #2R31 (hereinafter, Voncloedt), was a police officer. Upon information and belief, he is a resident of the State of Missouri. He is sued in both his individual and official capacities capacities for his conduct at Plaintiff's home on March 11, 2016 in which he participated in the beating and tasing of Plaintiff, or failed to prevent it in front of Plaintiff's six year old son while Plaintiff was suffering from a medical emergency.

11. At all times relevant, Defendant Police Officer Travis Brown DSN #6263 (hereinafter, Brown), was a police officer. Upon information and belief, he is a resident of the State of Missouri. He is sued in both his individual and official capacities capacities for his conduct at Plaintiff's home on March 11, 2016 in which he participated in the beating and tasing of Plaintiff, or failed to prevent it in front of Plaintiff's six year old son while Plaintiff was suffering from a medical emergency .

12. At all times relevant, Defendant Police Officer Erica Frick, DSN #2824 (hereinafter, Frick) was a City police officer. Upon information and belief, he is a resident of the State of Missouri. He is sued in both his individual and official capacities capacities for his conduct

Electronically Filed - St Louis County - March 11, 2021 - 06:07 PM

at Plaintiff's home on March 11, 2016 in which he participated in the beating and tasing of Plaintiff, or failed to prevent it in front of Plaintiff's six year old son while Plaintiff was suffering from a medical emergency.

13. At all times relevant, Defendant Police Officer Doe, DSN 2J204, (hereinafter, DOE 2J204) was a City police officer. Upon information and belief, he is a resident of the State of Missouri. He is sued in both his individual and official capacities for his conduct at Plaintiff's home on September 2, 2016 in which he participated in the beating of Plaintiff, or failed to prevent it in front of Plaintiff's six year old son while Plaintiff was suffering from a medical emergency.

14. At all times relevant, Defendant Police Officer Michael Mertz, DSN #2J149 (hereinafter, Mertz), was a City police officer. Upon information and belief, he is a resident of the State of Missouri. He is sued in both his individual and official capacities capacities for his conduct at Plaintiff's home on September 2, 2016 in which he participated in the beating Plaintiff, or failed to prevent it in front of Plaintiff's six year old son while Plaintiff was suffering from a medical emergency.

15. At all times relevant, Defendant Police Officer Yates, DSN #2J149 (hereinafter, Yates), was a police officer. Upon information and belief, he is a resident of the State of Missouri. He is sued in both his individual and official capacities capacities for his conduct at Plaintiff's home on December 22, 2016 in which he participated in the beating and tasing of Plaintiff, or failed to prevent it in front of Plaintiff's six year old son while Plaintiff was suffering from a medical emergency.

16. At all times relevant, Defendant Police Officer N. Mitchell, DSN #2J186 (hereinafter, Mitchell), was a police officer. Upon information and belief, he is a resident of the State of Missouri. He is sued in both his individual and official capacities capacities for his conduct

Electronically Filed - St Louis County - March 11, 2021 - 06:07 PM

at Plaintiff's home on December 22, 2016 in which he participated in the beating and tasing of Plaintiff, or failed to prevent it in front of Plaintiff's six year old son while Plaintiff was suffering from a medical emergency .

17. At all times relevant, Defendant Police Officer Lt. Tim Heinmann, DSN #2J163 (hereinafter, Heinmann) was a City police officer. Upon information and belief, he is a resident of the State of Missouri. He is sued in both his individual and official capacities capacities for his conduct at Plaintiff's home on December 22, 2016 in which he participated in the beating and tasing of Plaintiff, or failed to prevent it in front of Plaintiff's six year old son while Plaintiff was suffering from a medical emergency.

18. This action is brought pursuant to state law and 42 U.S.C. Sections 1983 and 1988.

19. Venue is proper in this Court as the acts or omissions giving rise to the claim occurred in St. Louis County.

## GENERAL ALLEGATIONS

20. At all times relevant, Defendants knew Plaintiff was a diabetic who had difficulty controlling his blood sugar levels, a condition known as Hypoglycemia.

21. At all times relevant, Defendants knew when his blood sugar levels dropped to a certain level, he would need medical care because of his condition.

22. At all times relevant, Defendants knew on several prior occasions, EMS was called to his home to address his condition and raised his blood sugar level, allowing him to recover from the side-effects of Hypoglycemia which caused unconsciousness and confusion.

23. At all times relevant, Defendants knew Plaintiff had been combative on a prior occasion when he was recovering from the side effects of Hypoglycemia.

Electronically Filed - St Louis County - March 11, 2021 - 06:07 PM

24. At all times relevant, Defendants knew Plaintiff did not pose a threat and was the victim of his medical condition.

25. On March 11, 2016 Defendants DOE 2J199, DOE 2J184, Barthelmass, Fischer, Mass, Voncloedt, Brown, and Frick entered Plaintiff's home with paramedics to address Plaintiff's medical condition.

26. On March 11, 2016, knowing of Plaintiff's medical condition, Defendants DOE 2J199, DOE 2J184, Barthelmass, Fischer, Mass, Voncloedt, Brown, and Frick used excessive force by beating and tasing Plaintiff in front of his six year old son, while cursing at him and did not record the use of a taser in violation of City and Department policy and procedure.

27. On September 2, 2016 Defendants DOE 2J204 and Mertz, entered Plaintiff's home with paramedics to address Plaintiff's medical condition.

28. On September 2, 2016, knowing of Plaintiff's medical condition, Defendants DOE 2J204 and Mertz used excessive force by beating Plaintiff in front of his six year old son.

29. On December 22, 2016 Defendants Yates, Mitchell and Heinmann entered Plaintiff's home with paramedics to address Plaintiff's medical condition.

30. On December 22, 2016, knowing of Plaintiff's medical condition, Defendants Yates, Mitchell and Heinmann used excessive force by beating and tasing Plaintiff in front of his six year old son, and did not follow the proper procedure for use of a taser in violation of City and Department policy and procedure.

Electronically Filed - St Louis County - March 11, 2021 - 06:07 PM

## COUNT I

## EXCESSIVE FORCE CLAIM AGAINST DEFENDANTS FOR MARCH 11, 2016

31. Plaintiff incorporates the preceding paragraphs 1 – 30 of this Petition as if set forth fully herein.

32. On or about March 11, 2016 Defendants DOE 2J199, DOE 2J184, Barthelmass, Fischer, Mass, Voncloedt, Brown, and Frick hit, struck, beat, kicked, stomped on and tased Plaintiff while he was suffering from a medical condition in his home.

33. The use of force by Defendants DOE 2J199, DOE 2J184, Barthelmass, Fischer, Mass, Voncloedt, Brown, and Frick was excessive because it was unreasonable in light of the circumstance and clearly in excess of any force required to be used against Plaintiff.

34. The forced used by Defendants DOE 2J199, DOE 2J184, Barthelmass, Fischer, Mass, Voncloedt, Brown, and Frick was not reasonable in light of the facts and/or circumstances confronting them at the time they used such force against Plaintiff in that the application of such force was not needed under the circumstances then confronting the officers, the amount of force was excessive in light of the need for the use of force, and/or the injury inflicted was extensive.

35. A reasonable officer on the scene would not have used such force against Plaintiff under the same or similar circumstances.

36. Defendants DOE 2J199, DOE 2J184, Barthelmass, Fischer, Mass, Voncloedt, Brown, and Frick were acting on color of state law at all times relevant.

37. As a direct and proximate result of the excessive use of force by Defendants DOE 2J199, DOE 2J184, Barthelmass, Fischer, Mass, Voncloedt, Brown, and Frick and other unknown officers against Plaintiff, he suffered and will continue to suffer physical and emotional injuries

Electronically Filed - St Louis County - March 11, 2021 - 06:07 PM

and has suffered and will continue to suffer pain of the body and mind, mental anguish, inconvenience, humiliation, embarrassment, loss of enjoyment of life, and stress.

WHEREFORE, Plaintiff prays for judgment against Defendants DOE 2J199, DOE 2J184, Barthelmass, Fischer, Mass, Voncloedt, Brown, and Frick, in excess of Twenty-Five Thousand Dollars ($25,000.00), together with costs herein expended and for such further relief this Court deems just and proper.

**COUNT II**

**EXCESSIVE FORCE CLAIM AGAINST DEFENDANTS FOR SEPTEMBER 2, 2016**

38. Plaintiff incorporates the preceding paragraphs 1-30 of this Petition as if set forth fully herein.

39. On or about September 2, 2016, Defendants DOE 2J204 and Mertz hit, struck, beat and/or kicked Plaintiff while he was suffering from a medical condition in his home.

40. The use of force by Defendants DOE 2J204 and Mertz was excessive because it was unreasonable in light of the circumstance and clearly in excess of any force required to be used against Plaintiff.

41. The forced used by Defendants DOE 2J204 and Mertz was not reasonable in light of the facts and/or circumstances confronting them at the time they used such force against Plaintiff in that the application of such force was not needed under the circumstances then confronting the officers, the amount of force was excessive in light of the need for the use of force, and/or the injury inflicted was extensive.

42. A reasonable officer on the scene would not have used such force against Plaintiff under the same or similar circumstances.

Electronically Filed - St Louis County - March 11, 2021 - 06:07 PM

43. Defendants DOE 2J204 and Mertz were acting on color of state law at all times relevant.

44. As a direct and proximate result of the excessive use of force by Defendants DOE 2J204 and Mertz against Plaintiff, he suffered and will continue to suffer physical and emotional injuries and has suffered and will continue to suffer pain of the body and mind, mental anguish, inconvenience, humiliation, embarrassment, loss of enjoyment of life, and stress.

WHEREFORE, Plaintiff prays for judgment against Defendants DOE 2J204 and Mertz, in excess of Twenty-Five Thousand Dollars ($25,000.00), together with costs herein expended and for such further relief this Court deems just and proper.

**COUNT III**

**EXCESSIVE FORCE CLAIM AGAINST DEFENDANTS FOR DECEMBER 22, 2016**

45. Plaintiff incorporates the preceding paragraphs 1-30 of this Petition as if set forth fully herein.

46. On or about December 22, 2016, Defendants Yates, Mitchell and Heinmann hit, struck, beat, kicked and tased Plaintiff while he was suffering from a medical condition in his home.

47. The use of force by Defendants Yates, Mitchell and Heinmann was excessive because it was unreasonable in light of the circumstance and clearly in excess of any force required to be used against Plaintiff.

48. The forced used by Defendants Yates, Mitchell and Heinmann was not reasonable in light of the facts and/or circumstances confronting them at the time they used such force against Plaintiff in that the application of such force was not needed under the circumstances then

Electronically Filed - St Louis County - March 11, 2021 - 06:07 PM

confronting the officers, the amount of force was excessive in light of the need for the use of force, and/or the injury inflicted was extensive.

49. A reasonable officer on the scene would not have used such force against Plaintiff under the same or similar circumstances.

50. Defendants Yates, Mitchell and Heinmann were acting on color of state law at all times relevant.

51. As a direct and proximate result of the excessive use of force by Defendants Yates, Mitchell and Heinmann against Plaintiff, he suffered and will continue to suffer physical and emotional injuries and has suffered and will continue to suffer pain of the body and mind, mental anguish, inconvenience, humiliation, embarrassment, loss of enjoyment of life, and stress.

WHEREFORE, Plaintiff prays for judgment against Defendants Yates, Mitchell and Heinmann in excess of Twenty-Five Thousand Dollars ($25,000.00), together with costs herein expended and for such further relief this Court deems just and proper.

## COUNT IV

## NEGLIGENT SUPERVISION AGAINST DEFENDANTS CITY, MORRIS AND RACKERS

52. Plaintiff incorporates the preceding paragraphs 1-30 of this Petition as if set forth fully herein and pleads the following count in the alternative.

53. Defendants City, Morris and Rackers knew or should have known they had the right and duty to train and supervise Defendants DOE 2J199, DOE 2J184, Barthelmass, Fischer, Mass, Voncloedt, Brown, Frick, DOE 2J204, Mertz, Yates, Mitchell and Heinmann.

54. At all relevant times, Defendants City, Morris and Rackers were responsible for supervising and/or overseeing Defendant Defendants DOE 2J199, DOE 2J184, Barthelmass, Fischer, Mass, Voncloedt, Brown, Frick, DOE 2J204, Mertz, Yates, Mitchell and Heinmann.in

Electronically Filed - St Louis County - March 11, 2021 - 06:07 PM

positions that would bring them into direct contact with City residents, including Plaintiff. Defendants DOE 2J199, DOE 2J184, Barthelmass, Fischer, Mass, Voncloedt, Brown, Frick, DOE 2J204, Mertz, Yates, Mitchell and Heinmann's actions and/or omissions detailed herein, arose out of and were performed in connection with their official duties on behalf of the City.

55. At all relevant times, Defendants City, Morris and Rackers were responsible for creating and implementing policies and procedures to protect the City's residents, from harm and to ensure their rights were not violated, including the use of improper force, during foreseeable non-criminal events, such as medical emergencies at their homes.

56. At all relevant times, Defendants City, Morris and Rackers failed in their duties, among other things, in the following particulars:

(a) failing to adequately train City police officers to address medical emergencies;

(b) failing to adequately train City police officers in the proper use of force;

(c) failing to adequately train City police officers in the proper use and documentation of City provided tasers;

(d) failing to create and implement policies and procedures for medical emergencies;

(e) failing to adequately supervise City police officers during medical emergenices;

(f) failing to adequately supervise City police officers in the proper use and documentation of City provided tasers;

(g) failing to follow or ensure City ordinances were properly followed regarding the proper use of nuisance letters; or

(h) failing to follow or ensure arrests, tickets or charges for alleged City ordinance violations were handed out only for the alleged violation of the alleged City ordinance violated and not for secondary or improper purposes.

Electronically Filed - St Louis County - March 11, 2021 - 06:07 PM

57. As a direct and proximate result of the negligence of Defendants City, Morris and Racker in failing to supervise Defendants DOE 2J199, DOE 2J184, Barthelmass, Fischer, Mass, Voncloedt, Brown, Frick, DOE 2J204, Mertz, Yates, Mitchell and Heinmann, he suffered and will continue to suffer physical and emotional injuries and has suffered and will continue to suffer pain of the body and mind, mental anguish, inconvenience, humiliation, embarrassment, loss of enjoyment of life, and stress.

WHEREFORE, Plaintiff prays for judgment against Defendants City, Morris and Rackers in excess of Twenty-Five Thousand Dollars ($25,000.00), together with costs herein expended and for such further relief this Court deems just and proper.

**O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC**

By *_/s/James D. O'Leary_*
James D. O'Leary #45964
1034 S. Brentwood Blvd.
Penthouse-1A, 23rd Floor
St. Louis, MO 63117
314/405-9000 telephone
314/405-9999 facsimile
oleary@osclaw.com
*Attorneys for Plaintiff*